UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TAVALAS DEREE LATRONE DAWSON
                    Plaintiff(s)
            v.                                          **Judgment in a Civil Case**
SERGEANT COSBY; OFFICER
BUERLESTINE; OFFICER JOHNSON
                    Defendant(s)                        Case Number: 5:09-CT-3059-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion for judgment on the pleadings.

**IT IS ORDERED AND ADJUDGED** that defendants Cosby and Johnson's motion for judgment on the pleadings is granted and this action is hereby dismissed. The action is dismissed without prejudice as to defendant Buerlestine.

This Judgment Filed and Entered on December 1, 2010, with service on:
Tavalas Deree Latrone Dawson 0103820, Nash Correctional Center, P.O. Box 600, Nashville, NC 27856 (via U.S. Mail)
Yvonne Bullock Ricci (via CM/ECF Notice of Electronic Filing)

December 1, 2010                             /s/ Dennis P. Iavarone
                                             Clerk

Raleigh, North Carolina